IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01742-REB-PAC

KATRINA KRUEGER,

    Plaintiff(s),

v.

GRAYSON ROBINSON, in his official capacity as Arapahoe County Sheriff,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Vacate Settlement Conference [filed October 10, 2006; Doc. No. 23] is **GRANTED.**  The Settlement Conference set for November 27, 2006 is *vacated and* reset to **March 13, 2007 at 10:30 a.m.**

    Confidential Settlement Statements are due on or before **March 8, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 24, 2006