IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-01742-REB-PAC

KATRINA KRUEGER,

 Plaintiff,

v.

GRAYSON ROBINSON, in his official capacity as Arapahoe County Sheriff,

 Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

 The matter before the court is the **Stipulated Motion to Dismiss With Prejudice** [#33], filed December 7, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Stipulated Motion to Dismiss With Prejudice** [#33], filed December 7, 2006, is **GRANTED**;

 2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

 3. That the Trial Preparation Conference set for June 15, 2007, is **VACATED**; and

4.  That the jury trial set to commence July 2, 2007, is **VACATED**.

Dated December 8, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**